DONALD BRYERTON, Appellant, v. MARGARET SHELDON, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

ALICE M. CAMPBELL and FLORENCE E. CAMPBELL, Appellants, v. BERNARD A. GRAY and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Petition of the CITY OF ROCHESTER, under Section 91 of the Railroad Law, for a Reconstruction in the Existing Structures of the Lehigh Valley Railroad and Erie Railroad at River Boulevard in the City of Rochester. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of the Application of NEW YORK STATE GUERNSEY BREEDERS' CO-OPERATIVE, INC., Petitioner, for an Order under C. P. A. Art. 78, against HOLTON V. NOYES, Commissioner of Agriculture and Markets of the State of New York, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 260 App. Div. 139.] Memorandum: We regard our determination as a final order and, therefore, the request to certify questions to be reviewed by the Court of Appeals is denied. (Civ. Prac. Act, § 588, subd. 5; *Matter of Neglia* v. *Zimmerman*, 237 N. Y. 131.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

LUIGI GATTI, Respondent, v. WRIGHT & KREMERS, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

HAROLD PRINCE, Respondent, v. DONALD JULIAN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN BAI, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

WATSON E. PELTON, Appellant, v. CITY OF GENEVA, NEW YORK, Respondent. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ALICE PERSKI, an Infant, by WALTER THOMAS PERSKI, Her Guardian ad Litem, and Others, Respondents, v. MAURICE O'CONNOR, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.